```
 1
 2
 3
 4
 5
 6
 7
 8                      IN THE UNITED STATES DISTRICT COURT
 9                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10  LARRY RIDER,
11           Petitioner,              No. CIV S-07-0329 DFL GGH P
12      vs.
13  R. SUBIA, Warden, et al.,
14           Respondents.             ORDER
15  _____/
```

16          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17  habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma

18  pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a).

19  Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of

20  a request to proceed in forma pauperis or submit the appropriate filing fee.

21          In accordance with the above, IT IS HEREBY ORDERED that:

22          1. Petitioner shall submit, within thirty days from the date of this order, an

23  affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee;

24  petitioner's failure to comply with this order will result in the dismissal of this action; and

25  /////

26  /////

1

Dockets.Justia.com

1      2. The Clerk of the Court is directed to send petitioner a copy of the in forma
2  pauperis form used by this district.
3  DATED: 3/7/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
ride0329.101a