1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LARRY RIDER,

11            Petitioner,                    No. CIV S-07-0329 DFL GGH P

12        vs.

13   R. SUBIA, Warden, et al.,

14            Respondents.                   ORDER

15   _____/

16            Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma

18   pauperis affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).

19   Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of

20   a request to proceed in forma pauperis or submit the appropriate filing fee.

21            In accordance with the above, IT IS HEREBY ORDERED that:

22            1.  Petitioner shall submit, within thirty days from the date of this order, an

23   affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee;

24   petitioner's failure to comply with this order will result in the dismissal of this action; and

25   /////

26   /////

1

1    2.   The Clerk of the Court is directed to send petitioner a copy of the in forma

2   pauperis form used by this district.

3   DATED:  3/7/07

                                                /s/ Gregory G. Hollows
4
                                                _____
                                                GREGORY G. HOLLOWS
5                                               UNITED STATES MAGISTRATE JUDGE

6   GGH:bb
    ride0329.101a
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26