IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LARRY RIDER,** | 2:07-cv-00329-DFL-GGH |
| Petitioner, | **ORDER** |
| v. | |
| **R. SUBIA, Warden, et al.,** | |
| Respondent. | |

AFTER CONSIDERATION AND GOOD CAUSE SHOWN, Respondent is hereby GRANTED an extension of time of thirty days, up to and including June 5, 2007, in which to file a response to the Petition for Writ of Habeas Corpus.

DATED:  5/14/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

rid329.eot

1