IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY RIDER,

     Petitioner,           No. CIV S-07-0329 RRB GGH P

   vs.

R. SUBIA, Warden, et al.,

     Respondents.      ORDER

_____/

     Petitioner has requested an extension of time to file a reply to respondent's answer. Good cause appearing, IT IS HEREBY ORDERED that:

     1. Petitioner's July 9, 2007, request for an extension of time is granted; and

     2. Petitioner's reply is due within thirty days of the date of this order.

DATED: 7/24/07

                                      /s/ Gregory G. Hollows

                                      GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE

GGH:bb
ride0329.111